UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| DAVID A. HODGES,<br><br>               Plaintiff,<br><br>        v.<br><br>PACIFIC ENVIRONMENTAL CORPORATION d/b/a AMERICAN MARINE SERVICE GROUP,<br><br>               Defendant. | IN ADMIRALTY<br><br>NO.<br><br>COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES |

COMES NOW David A. Hodges, plaintiff herein, and for cause of action against defendant, alleges as follows:

1.     <u>Jurisdiction</u>. This is an action by a seaman against his employer for injuries incurred in the course of his employment. Jurisdiction is vested in this court under 46 U.S.C. § 30104, the general maritime law, and Fed. R. Civ. Pro. 9(h).

2.     <u>Parties</u>. At all times material herein, plaintiff David A. Hodges was a resident of Palmer, Alaska. At all times material, defendant Pacific Environmental Corporation d/b/a American Marine Service Group was a corporation doing business

COMPLAINT FOR DAMAGES FOR PERSONAL INJURIES - 1

KRAFT PALMER DAVIES P.L.L.C.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1510
SEATTLE, WA 98104-1825
(206) 624-8844
fax (206) 624-2912

in the State of Alaska, and was the owner and operator of the skiff on which plaintiff was employed on June 15, 2005 and employed plaintiff as a member of the crew.

3. Liability. On June 15, 2005, the defendants' skiff on which plaintiff was employed was in navigable waters of the United States, and plaintiff was in the course and scope of his employment. At that time and place, the skiff was unseaworthy and defendant was negligent.

4. Damages. As a direct and proximate result of the unseaworthiness of the skiff and defendant's negligence, plaintiff sustained severe injuries to his back. Plaintiff has incurred substantial medical expense in the past and will in the future. He has sustained loss of earnings in the past and will in the future. The full extent of his permanent impairment and disability is still to be determined. He has endured pain and suffering, both physical and mental, in the past and will in the future.

WHEREFORE, plaintiff prays for damages and judgment against the defendant in an amount to be determined by the presentation of evidence at the time of trial, together with his taxable costs.

DATED this 1st day of December, 2008.

KRAFT PALMER DAVIES PLLC.

By: _____
LANCE PALMER
ASBA #9411131
Attorneys for Plaintiff

COMPLAINT FOR DAMAGES FOR PERSONAL
INJURIES - 2

KRAFT PALMER DAVIES P.L.L.C.
PACIFIC BUILDING
720 THIRD AVENUE, SUITE 1510
SEATTLE, WA 98104-1825
(206) 624-8844
fax (206) 624-2912

Case 3:08-cv-00269-TMB   Document 1   Filed 12/05/08   Page 2 of 2